# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

　　　　　v.　　　　　　　　　　　　Crim. No. 5:11-CR-243-1FL

DANNY LEE LANGLEY

　　On November 15, 2018, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　is true and correct.

　　　　　　　　　　　　　　　　　　/s/ Van R. Freeman, Jr.
　　　　　　　　　　　　　　　　　　Van R. Freeman, Jr.
　　　　　　　　　　　　　　　　　　Deputy Chief U.S. Probation Officer
　　　　　　　　　　　　　　　　　　150 Rowan Street Suite 110
　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　Phone: 910-354-2542
　　　　　　　　　　　　　　　　　　Executed On: April 23, 2020

## ORDER OF COURT

　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

　　Dated this ___24th___ day of ___April___, 2020.

　　　　　　　　　　　　　　　　　　Louise W. Flanagan
　　　　　　　　　　　　　　　　　　U.S. District Judge